216

UNITED STATES of America,
Plaintiff–Appellee,

v.

Carlos Alberto PEREZ–FULGENCIO,
Defendant–Appellant.

No. 12–6045.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 21, 2012.

Decided: March 6, 2012.

Carlos Alberto Perez–Fulgencio, Appellant Pro Se. Grayson A. Hoffman, Jeb Thomas Terrien, Assistant United States Attorneys, Harrisonburg, Virginia; Ronald Mitchell Huber, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Perez–Fulgencio appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Perez–Fulgencio,* No. 5:01–cr–30058–SGW–1 (W.D.Va. Dec. 1, 2011). We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*